NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3853
_____

UNITED STATES OF AMERICA

v.

ADVANTAGE MEDICAL TRANSPORT INC;
SERGE SIVCHUK,
                    Appellants
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court Criminal Nos. 1-12-cr-00004-001 and 1-12-cr-00004-002)
District Judge: Honorable Christopher C. Conner

AMENDED ORDER AMENDING OPINION

By order entered August 16, 2017, the Court directed that the Not Precedential opinion filed on June 21, 2017 be amended with respect to the identity of the beneficiaries and the amount of loss attributable to those beneficiaries.

Upon further review it has been determined that no changes shall be made to any of the dollar amounts listed in Part II(A)(1) of the opinion.  The opinion will be amended only as to the recitation of the relevant beneficiaries.

Accordingly, IT IS HEREBY ORDERED that the opinion is amended as follows:

> Part II (A)(1) at page 9, the recitation of beneficiaries "Doris B., Sandra Bo., and James R." is amended to read, "Sandra Bo., David T., and Michael M."

Part II (A)(2) at page 12, the recitation of beneficiaries "Doris B., Sandra Bo., and James T., is amended to read "Sandra Bo., David T., and Michael M."

Part III at page 23, the recitation of beneficiaries "Doris B., Sandra Bo., and James R." is amended to read "Sandra Bo., David T., and Michael M."

Amendment of this not-precedential opinion is so ordered and these errors are hereby corrected.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

Date: August 29, 2017